UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

SOTIRIA GRIGORIADIS

     Plaintiff,

     v.

TARGET CORPORATION

     Defendant.

C.A. NO. CaseNumber

---

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441

The Defendant, Target Corporation ("Target") files this Notice of Removal to the United States District Court for the District of Massachusetts from Norfolk Superior Court, Norfolk County, Trial Court of the Commonwealth of Massachusetts, and states the following in support of this Notice of Removal:

1.    The Plaintiff, Sotiria Grigoriadis (hereinafter the "Plaintiff") is an individual who resides in Norwood, Norfolk County, Massachusetts. The Plaintiff filed a civil action against Defendant in Norfolk Superior Court, Norfolk County, Trial Court of the Commonwealth of Massachusetts, Civil Action No. 2082CV00875, entitled *Sotiria Grigoriadis v. Target Corporation* (the "Action"). On or about October 1, 2020, Target received a copy of the Summons, Complaint and Civil Action Cover Sheet, by process server upon its resident agent in Boston, Massachusetts.

2.    This Notice of Removal is filed in the United States District Court for the District of Massachusetts within the time allowed by law for removal of civil actions. The documents

attached hereto as **<u>Exhibit A</u>** constitute all of the process and pleadings served upon Target to date.

3.      This Action is removable to this Court pursuant to 28 U.S.C. §1441(b), because the Plaintiff is domiciled in Massachusetts, and the Defendant's principal place of business is in Minneapolis, Minnesota.  As such, diversity of citizenship exists.

4.      On December 18, 2019, the Plaintiff issued an initial demand in the amount of $246,986.41.  The Plaintiff alleges in the aforementioned demand that she has $46,986.41 in medical bills. The Plaintiff alleges that she suffered a right shoulder injury with associated completed full thickness tear of her right rotator cuff, for which she underwent at least three epidural injections, and for which she underwent arthroscopic surgery to repair the rotator cuff tear. The Plaintiff also alleges neck and bilateral knee injuries, for which she underwent at least one epidural injection. Plaintiff's current settlement demand is $133,000.  As such, the amount in controversy is likely to far exceed the statutory minimums for Federal Jurisdiction.

5.      This Notice of Removal is being filed within thirty (30) days of receipt of Target's receipt of the summons and complaint, the first document provided to Target from which it was able to ascertain that this case is one which has become removable in accordance with 28 U.S.C. §1446(b)(3).

6.      A notice of the filing of this Notice of Removal and a true copy of this Notice of Removal will be filed with the Clerk of Norfolk Superior Court, Norfolk County, Trial Court of the Commonwealth of Massachusetts, as required by 28 U.S.C. §1446(d).

7.      Pursuant to Local Rule 81.1(A), Target shall request of the Clerk of the Norfolk Superior Court, Norfolk County, Trial Court of the Commonwealth of Massachusetts, certified or attested copies of all records and proceedings in the state court and certified or attested to

copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after filing of this Notice of Removal.

WHEREFORE, Defendants pray that said action now pending in the Norfolk Superior Court, Norfolk County, Trial Court of the Commonwealth of Massachusetts be removed therefrom to the United States District Court for the District of Massachusetts.

Respectfully submitted,

Defendants,
Target Corporation and Sedgwick Claims
Management Services, Inc.

By Its Attorneys,

/s/ *Ashley B. Nicotra*
Sean F. McDonough, BBO #564723
smcdonough@morrisonmahoney.com
Ashley B. Nicotra, BBO#703759
anicotra@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:       617-342-4950

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 22, 2020

/s/ *Ashley B. Nicotra*