# **EXHIBIT A**



**Service of Process Transmittal**
10/01/2020
CT Log Number 538330065

TO: Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

RE: **Process Served in Massachusetts**

FOR: Target Corporation  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | SOTIRIA GRIGORIADIS, Pltf. vs. TARGET CORPORATION, Dft. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # 2082CV00875 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Boston, MA |
| DATE AND HOUR OF SERVICE: | By Process Server on 10/01/2020 at 10:17 |
| JURISDICTION SERVED : | Massachusetts |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 10/01/2020, Expected Purge Date: 10/06/2020<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| SIGNED: | C T Corporation System |
| ADDRESS: | 1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| For Questions: | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / BW

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                              SUPERIOR COURT
                                                          CIVIL ACTION   20 0875

                                                          NO. 2082CV00875

_____Sotiria Grigoriadis_____, *Plaintiff(s)*

v.

_____Target Corporation_____, *Defendant(s)*

### SUMMONS

To the above-named Defendant: Target Corporation, Agent for Service CT Corporation System, 155 Federal St., Suite 700, Boston, MA 02110

You are hereby summoned and required to serve upon __Michael P. Kambouris__, Esq. plaintiff's attorney, whose address is __P.O. Box 297, Roslindale, MA 02131__, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, BARBARA J. ROUSE, Esquire, at _____ the __18__

day of __September__, in the year of our Lord two thousand and __twenty__

                                                                    _____ Clerk.

**NOTES:**
1. This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

A true copy Attest:
_____ Deputy Sheriff Suffolk County
10-1-20

F-33

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.   SUPERIOR COURT
CIVIL ACTION

NO. 20 0875

Sotiria Grigoriadis
..................................................., *Plaintiff*

v.

Target Corporation
..................................................., *Defendant*

SUMMONS

(Mass. R. Civ. P.4)

N.B. TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

Dated: _____, 20____

, 20

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20____, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

...........................................................

...........................................................

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.

NORFOLK SUPERIOR COURT
DOCKET NO.: 2082CV00875

SOTIRIA GRIGORIADIS,
　　Plaintiff,

v.

TARGET CORPORATION.,
　　Defendant.

## COMPLAINT AND JURY CLAIM

### PARTIES

1. The Plaintiff, Sotiria Grigoriadis, is an adult resident of Massachusetts, residing at 175 Irving Street, Norwood, Norfolk County, Massachusetts.

2. The Defendant, Target Corporation (hereinafter the "Target"), is a corporation, duly licensed by the Commonwealth of Massachusetts, with its usual place of business located at 1000 Nicollet Mall, Minneapolis, Minnesota, Hennepin County.

### FACTS

3. Plaintiff hereby realleges and incorporates herein paragraphs 1-2.

4. On or about September 18, 2017, the Defendant, Target, its agents, servants or employees or ones acting on its behalf, was the owner, manager, or entity in charge of 41 Robert Drive, South Easton, Massachusetts (hereinafter the "Premises").

5. On or about September 18, 2017, the Plaintiff was legally on the premises known as Target ("The Premises"), 41 Robert Drive, South Easton, Massachusetts.

6. On or about September 18, 2017, the Plaintiff slipped and fell on produce, causing her to sustain serious personal injuries.

7. As a result of the Defendant's negligence and failure to maintain the premises in a reasonably safe and prudent manner, the Plaintiff suffered injuries.

## COUNT I – NEGLIGENCE

8. The Plaintiff realleges and thereby incorporates herein by reference paragraphs 1-7.

9. At all times relevant to this Complaint, the Defendants had a duty to maintain its Premises in a reasonably safe and prudent manner.

10. As a result of the Defendants' failure to maintain its Premises in a reasonably safe and prudent manner, the Plaintiff was injured.

11. As a direct and proximate result of the Defendants' negligence, the Plaintiff suffered damages and incurred medical bills and expenses, and further underwent significant pain and suffering.

**WHEREFORE**, the Plaintiff demands judgment against the Defendant; that damages be awarded and the Plaintiff be awarded same, along with costs, interest and reasonable attorney's fees.

JURY CLAIM: the Plaintiff in the above referenced matter demands a right to a trial by jury.

BY PLAINTIFF'S ATTORNEY,

*Michael Kambouris*

LAW OFFICE OF MICHAEL P. KAMBOURIS
Michael P. Kambouris, Esquire
BBO#: 238668
P.O. Box 297
Roslindale, MA 02131
(617) 840-4990
mkambouris@comcast.net

2

# CIVIL ACTION COVER SHEET

2082CV00875

## The Superior Court

**PLAINTIFF(S):** Sotiria Grigoriadis
**ADDRESS:** 175 Irving Street, Norwood, MA 02062

**COUNTY:** Norfolk

**DEFENDANT(S):** Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403

**ATTORNEY:** Michael P. Kambouris, Esq.
**ADDRESS:** P.O. Box 297, Roslindale, MA 02131

**BBO:**

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Other Negligence | F | [X] YES  [ ] NO |

*If "Other" please describe: Personal Injury

Is there a claim under G.L. c. 93A? [ ] YES  [X] NO
Is this a class action under Mass. R. Civ. P. 23? [ ] YES  [X] NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................. $17,780.33
2. Total doctor expenses ............................................................... $23,286.00
3. Total chiropractic expenses ....................................................... $
4. Total physical therapy expenses ................................................ $5,920.08
5. Total other expenses (describe below) ...................................... $
Subtotal (A): $46,986.41

B. Documented lost wages and compensation to date ............................ $
C. Documented property damages to date .............................................. $
D. Reasonably anticipated future medical and hospital expenses ........... $
E. Reasonably anticipated lost wages ...................................................... $
F. Other documented items of damages (describe below) ....................... $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

Plaintiff suffered right rotator cuff injury, requiring surgery.

**TOTAL (A-F):** $46,986.41

### CONTRACT CLAIMS
(attach additional sheets as necessary)

[ ] This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

**TOTAL:** $

Signature of Attorney/ Unrepresented Plaintiff: X /s/ Michael Kambouris    Date: 9/8/2020

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X /s/ Michael Kambouris    Date: 9/8/2020

## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

- AA1 Contract Action Involving Commonwealth, Municipality, MBTA, etc. (A)
- AB1 Tortious Action Involving Commonwealth, Municipality, MBTA, etc. (A)
- AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. (A)
- AD1 Equity Action Involving Commonwealth, Municipality, MBTA, etc. (A)
- AE1 Administrative Action Involving Commonwealth, Municipality, MBTA, etc. (A)

### CN Contract/Business Cases

- A01 Services, Labor, and Materials (F)
- A02 Goods Sold and Delivered (F)
- A03 Commercial Paper (F)
- A04 Employment Contract (F)
- A05 Consumer Revolving Credit - M.R.C.P. 8.1 (F)
- A08 Insurance Contract (F)
- A08 Sale or Lease of Real Estate (F)
- A12 Construction Dispute (A)
- A14 Interpleader (F)
- BA1 Governance, Conduct, Internal Affairs of Entities (A)
- BA3 Liability of Shareholders, Directors, Officers, Partners, etc. (A)
- BB1 Shareholder Derivative (A)
- BB2 Securities Transactions (A)
- BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. (A)
- BD1 Intellectual Property (A)
- BD2 Proprietary Information or Trade Secrets (A)
- BG1 Financial Institutions/Funds (A)
- BH1 Violation of Antitrust or Trade Regulation Laws (A)
- A99 Other Contract/Business Action - Specify (F)

* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

- D01 Specific Performance of a Contract (A)
- D02 Reach and Apply (F)
- D03 Injunction (F)
- D04 Reform/ Cancel Instrument (F)
- D05 Equitable Replevin (F)
- D06 Contribution or Indemnification (F)
- D07 Imposition of a Trust (A)
- D08 Minority Shareholder's Suit (A)
- D09 Interference in Contractual Relationship (F)
- D10 Accounting (A)
- D11 Enforcement of Restrictive Covenant (F)
- D12 Dissolution of a Partnership (F)
- D13 Declaratory Judgment, G.L. c. 231A (A)
- D14 Dissolution of a Corporation (F)
- D99 Other Equity Action (F)

### PA Civil Actions Involving Incarcerated Party †

- PA1 Contract Action involving an Incarcerated Party (A)
- PB1 Tortious Action Involving an Incarcerated Party (A)
- PC1 Real Property Action involving an Incarcerated Party (F)
- PD1 Equity Action involving an Incarcerated Party (F)
- PE1 Administrative Action involving an Incarcerated Party (F)

### TR Torts

- B03 Motor Vehicle Negligence - Personal Injury/Property Damage (F)
- B04 Other Negligence - Personal Injury/Property Damage (F)
- B05 Products Liability (A)
- B06 Malpractice - Medical (A)
- B07 Malpractice - Other (A)
- B08 Wrongful Death - Non-medical (A)
- B15 Defamation (A)
- B19 Asbestos (A)
- B20 Personal Injury - Slip & Fall (F)
- B21 Environmental (F)
- B22 Employment Discrimination (F)
- BE1 Fraud, Business Torts, etc. (A)
- B99 Other Tortious Action (F)

### RP Summary Process (Real Property)

- S01 Summary Process - Residential (X)
- S02 Summary Process - Commercial/ Non-residential (F)

### RP Real Property

- C01 Land Taking (F)
- C02 Zoning Appeal, G.L. c. 40A (F)
- C03 Dispute Concerning Title (F)
- C04 Foreclosure of a Mortgage (X)
- C05 Condominium Lien & Charges (X)
- C99 Other Real Property Action (F)

### MC Miscellaneous Civil Actions

- E18 Foreign Discovery Proceeding (X)
- E97 Prisoner Habeas Corpus (X)
- E22 Lottery Assignment, G.L. c. 10, § 28 (X)

### AB Abuse/Harassment Prevention

- E15 Abuse Prevention Petition, G.L. c. 209A (X)
- E21 Protection from Harassment, G.L. c. 258E(X)

### AA Administrative Civil Actions

- E02 Appeal from Administrative Agency, G.L. c. 30A (X)
- E03 Certiorari Action, G.L. c. 249, § 4 (X)
- E05 Confirmation of Arbitration Awards (X)
- E06 Mass Antitrust Act, G.L. c. 93, § 9 (A)
- E07 Mass Antitrust Act, G.L. c. 93, § 8 (X)
- E08 Appointment of a Receiver (X)
- E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A (A)
- E10 Summary Process Appeal (X)
- E11 Worker's Compensation (X)
- E16 Auto Surcharge Appeal (X)
- E17 Civil Rights Act, G.L. c.12, § 11H (A)
- E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) (X)
- E25 Pleural Registry (Asbestos cases)
- E94 Forfeiture, G.L. c. 265, § 56 (X)
- E95 Forfeiture, G.L. c. 94C, § 47 (F)
- E99 Other Administrative Action (X)
- Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B (F)
- Z02 Appeal Bond Denial (X)

### SO Sex Offender Review

- E12 SDP Commitment, G.L. c. 123A, § 12 (X)
- E14 SDP Petition, G.L. c. 123A, § 9(b) (X)

### RC Restricted Civil Actions

- E19 Sex Offender Registry, G.L. c. 6, § 178M (X)
- E27 Minor Seeking Consent, G.L. c.112, § 12S(X)

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES  ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.**

10-2-2020      000278902G0001      6020201002013643

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2082CV00875 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| **CASE NAME:** Grigoriadis, Sotiria vs. Target Corporation | | Walter F. Timilty, Clerk of Courts |
| **TO:** Michael P Kambouris, Esq. Dane Shulman Associates, LLC 1629 Blue Hill Ave Mattapan, MA 02126 | | **COURT NAME & ADDRESS** Norfolk County Superior Court 650 High Street Dedham, MA 02026 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                                **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 12/14/2020 | |
| Response to the complaint filed (also see MRCP 12) | | 01/12/2021 | |
| All motions under MRCP 12, 19, and 20 | 01/12/2021 | 02/11/2021 | 03/15/2021 |
| All motions under MRCP 15 | 01/12/2021 | 02/11/2021 | 03/15/2021 |
| All discovery requests and depositions served and non-expert depositions completed | 07/12/2021 | | |
| All motions under MRCP 56 | 08/10/2021 | 09/09/2021 | |
| Final pre-trial conference held and/or firm trial date set | | | 01/07/2022 |
| Case shall be resolved and judgment shall issue by | | | 09/14/2022 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time. Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service. This case is assigned to

| DATE ISSUED 09/14/2020 | ASSISTANT CLERK | PHONE |
|---|---|---|

10-2-2020